Name: Irina Collier
Address: 3840 Ingraham St. #207, San Diego, CA 92109
Telephone Phone: 650-695-9000
Email: janewelcome53@gmail.com

**FILED**
Feb 27 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ danielm DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Irina Collier and for my dependent son and for all similarly situated
Plaintiff(s),

v.

Robertsons Et. AL,
Defendant(s).

Case No.: **'23CV0368 GPC BGS**
(assigned at time of filing)

**COMPLAINT**
Misuse of the Government Privilege seal to cover up crimes (3rd violation), AVRO violation, BC of Law (2015)

I. **RELATED CASES**

a. Do you have other Civil Case(s) in this or any other federal court?
☑ Yes   ☐ No

b. If yes, please list the case numbers here:
23-1185, 18FL000889 (and related cases)

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)* all of the above-opposition united to cover up crimes of internal terrorism (allegedly)

1

All of the Defendants in this and the related cases conspired in attempted elimination of the Plaintiff's family as part of the clandestine internal terror activity, theologically based.

Brief is enclosed,

all of the evidence was submitted in prior related cases and the latest evidence points to the Robinsons misuse of the access to the most recondite government resources to cover up statutory crimes against Plaintiff's family.

Related cases: 23-1185 Fed Circuit
18 FL 000889 Cal.
01-2020 PR 1656
21-7285 US Supreme (denied May '22)
related to the May '22 leak to Politico (allegedly)
22-16529 C9
37-2023-0006445-CH-EC
23-55126 Sabraw
23-3cv-170-Sabraw
23FDV00547C-Castille and Robinson

III. **RELIEF YOU REQUEST** (State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)

— Apply Ex-parte Law in DVRO violations with irreparable bodily injuries to Plaintiff's son and to Plaintiff

— Stop Robinsons Et.Al. from misusing VA military power to injure Plaintiff's family with intent to eliminate

— Investigate the Misuse of government seal

— Subpoena internal investigations in this and all prior enclosed cases.

— Unmask undercover agents used by the opposition to subvert State and US Laws

— Stop premeditated deadly harms to the Plaintiff's family

— Stop Online Education Scam, apply 2015 BCJ LAW

— Apply rules of law and rules of evidence

— Vacate Arrest of Plaintiff. Habeas Corpus — Law was broken.

— Unmask Chad White as a lawyer for the opposition

— Restrain co-conspirators and their lawyers engaged in breaking all laws in their way in order to harm Plaintiff's family

**IV. DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☑ Yes  ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

2.25.23
Date

_(signature)_
Signature

IRINA COLLIER
Printed Name